UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHIL LIFSCHITZ,

                Plaintiff(s)

                                                                                   23 civ 7349 (JGK)

    -against-

NEXTIER OILFIELD SOLUTIONS, et al,

                Defendant(s).
------------------------------------------------------------X

**ORDER**

        The plaintiff filed this action on August 18, 2023. There is no record of proof of service of the complaint on the defendants.

        The time to serve the complaint on the defendants is extended to December 26, 2023. If the plaintiff fails to serve the complaint on the defendants by December 26, 2023, the case will be dismissed for failure to prosecute, in which event the plaintiff will have no trial.

        The conference scheduled for December 7, 2023, is canceled.

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 28, 2023