UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PHIL LIFSCHITZ, | Case No. 1:23-cv-07349-JGK |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| NEXTIER OILFIELD SOLUTIONS INC., ROBERT DRUMMOND, LESLIE BEYER, STUART BRIGHTMAN, GARY M. HALVERSON, PATRICK MURRAY, AMY NELSON, MELVIN G. RIGGS, BERNARDO J. RODRIGUEZ, MICHAEL ROEMER, JAMES C. STEWART, and SCOTT WILLE, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Phil Lifschitz ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 28, 2023

WEISS LAW

By _____
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Fax: (212) 682-3010
Email: mrogovin@weisslawllp.com

*Attorneys for Plaintiff*